UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

CHRISTOPHER J. VIRES
AND DENISE C. VIRES

CASE NO. 16-56962-TJT
CHAPTER 13
HONORABLE THOMAS J. TUCKER

DEBTORS.
_____/

WILLIAM D. JOHNSON (P54823)
Attorney for Debtors
8900 E. 13 Mile Road
Warren, MI 48093
(248) 443-7033
--------------------------------
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 997-6481
(586) 726-1000
_____/

**PROOF OF SERVICE**

CRAIG S. SCHOENHERR, SR., being duly sworn, says that on the 22<u>nd</u> day of <u>May</u>, 2020, a copy of the Reply to Chapter 13 Trustee's Response to Motion of Santander Consumer USA Inc. dba Chrysler Capital to Compel Trustee to Recover and Turnover Insurance Proceeds and this Proof of Service was served upon:

| | |
|---|---|
| Tammy L. Terry<br>Trustee<br>535 Griswold, Suite 2100<br>Detroit, MI 48226 | William D. Johnson<br>Attorney for Debtors<br>8900 E. 13 Mile Road<br>Warren, MI 48093<br>(248) 443-7033 |
| | Wells Fargo Bank NA<br>1 Home Campus<br>Des Moines, IA 50328-0001 |

electronically pursuant to the court notice of service, and to those not electronically registered by placing documents in an envelope, correctly addressed and placing same in the United States Mail with postage prepaid.

                                      O'REILLY RANCILIO P.C.

                                      */s/ Craig S. Schoenherr, Sr.*

                                      _____
                                      CRAIG S. SCHOENHERR, SR. (P32245)
                                      Attorney for Creditor
                                      12900 Hall Road, Suite 350
                                      Sterling Heights, MI  48313-1151
                                      (586) 726-1000
                                      ecf@orlaw.com

DATED:  May 22, 2020