UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

CHRISTOPHER J. VIRES
AND DENISE C. VIRES

CASE NO. 16-56962-TJT
CHAPTER 13
HONORABLE THOMAS J. TUCKER

DEBTORS.
_____/

WILLIAM D. JOHNSON (P54823)
Attorney for Debtors
8900 E. 13 Mile Road
Warren, MI 48093
(248) 443-7033
---------------------------------
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 997-6481
(586) 726-1000
_____/

**MOTION OF SANTANDER CONSUMER USA INC. DBA CHRYSLER CAPITAL FOR ORDER DIRECTING TRUSTEE TO PAY FUNDS TO SANTANDER**

Santander Consumer USA Inc. dba Chrysler Capital (the "Creditor"), pursuant to 11 U.S.C. 105 and L.B.R. 9014-1 (E.D.M.), moves for an Order Directing Trustee to Pay Funds to the Creditor with respect to the 2013 Chrysler Town & Country bearing Vehicle Identification Number 2C4RC1BG0DR711580. This Motion is based on the following:

1. This Court has jurisdiction over the proceeding pursuant to 28 U.S.C. § 1334 and 28 U.S.C. § 157.

1

2. On June 21, 2013, the Debtors entered into a Retail Instalment Sales Contract Agreement with the Creditor for a 2013 Chrysler Town & Country.

3. On December 20, 2016 (the Petition date), Debtors filed a Voluntary Petition for Relief under Chapter 13 of the Bankruptcy Code.

4. On November 22, 2017, the Chapter 13 Plan was confirmed and provided for the Creditor's claim in Class 5.1.

5. The 2013 Chrysler Town & Country was totaled in an accident on or about March 11, 2019.

6. The Debtors had insurance through GEICO Insurance Company covering the 2013 Chrysler Town & Country that listed the Creditor as lienholder.

7. On or about June 18, 2019, GEICO Insurance Company issued insurance proceeds in the amount of $9,356.94.

7. Insurance proceeds were paid to the Chapter 13 Trustee, who then disbursed the proceeds to other creditors on July 1, 2019.

8. On May 28, 2020, an Order Granting, In Part, Creditor Santander Consumer USA Inc.'s Motion to Compel Trustee to Recover and Turn Over Insurance Proceeds was entered with this Court. The Order required the Trustee to recover the insurance proceeds in the amount of $9,356.94 from other creditors, and hold the funds, until further Order of the Court.

9. According to the Chapter 13 Trustee, the Trustee has requested that creditors return the insurance proceeds to the Trustee; however, no insurance proceeds have been returned.

10. To date, the Chapter 13 Trustee has not filed any motions seeking to compel creditors to return the insurance proceeds.

11. Pursuant to the Court's May 28, 2020 Order, the Creditor is required by June 29, 2020 to file a motion directing the Chapter 13 Trustee to make payment to the creditor from the insurance proceeds.

12. 11 U.S.C. § 105 grants this Court the equitable power to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of" the Bankruptcy Code.

13. Concurrence was sought in the filing of this Motion of both the Chapter 13 Trustee and Debtors' counsel, but the Parties have not yet been able to agree upon the exact language of a stipulated order.

14. The proposed Order Directing Trustee to Pay Funds to Santander Consumer USA Inc. is attached as Exhibit 1.

In conclusion, the Creditor requests the following:

(a) The entry of the attached Order Directing Trustee to Pay Funds to Santander Consumer USA Inc. (Exhibit 1); and

(b) Such other relief the Court deems necessary for the Creditor to protect its interests in its collateral and provide adequate protection.

O'REILLY RANCILIO P.C.

*/s/ Craig S. Schoenherr, Sr.*

_____
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 726-1000
ecf@orlaw.com

DATED: June 29, 2020

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

    CHRISTOPHER J. VIRES
    AND DENISE C. VIRES            CASE NO. 16-56962-TJT
                                                  CHAPTER 13
                                                  HONORABLE THOMAS J. TUCKER

              DEBTORS.
_____/

**ORDER DIRECTING TRUSTEE TO PAY FUNDS TO SANTANDER CONSUMER USA INC. DBA CHRYSLER CAPITAL**

Santander Consumer USA Inc. dba Chrysler Capital (the "Creditor") filed its Motion for Order Directing Trustee to Pay Funds to Santander Consumer USA Inc.; no parties filed an objection to said Motion pursuant to the Notice of Motion; and the Certificate of No Response has been filed in this matter:

IT IS ORDERED that:

1. The Chapter 13 Trustee is authorized to and shall distribute to the Creditor any and all funds recovered from creditors pursuant to the Court's May 28, 2020, Order up to the amount of $9,356.94.

2. Distribution of the funds recovered by the Chapter 13 Trustee shall be made to the Creditor within 30 days following the receipt of the full amount of insurance proceeds and shall be in an amount equal to $9,356.94.

3. The remaining balance of the Creditor's proof of claim in excess of the $9,356.94 insurance proceeds shall be paid by the Chapter 13 Trustee in accordance with the Debtors' confirmed Chapter 13 Plan, as may be modified, until paid in full.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

IN RE:

    CHRISTOPHER J. VIRES
    AND DENISE C. VIRES            CASE NO. 16-56962-TJT
                                                                      CHAPTER 13
                                                                      HONORABLE THOMAS J. TUCKER

    DEBTORS.
_____/

## NOTICE OF MOTION DIRECTING TRUSTEE TO PAY FUNDS TO SANTANDER CONSUMER USA INC.

      Santander Consumer USA Inc. dba Chrysler Capital has filed papers with the court to direct the Trustee to pay funds to Santander Consumer USA Inc.

      **<u>Your rights may be affected</u>**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

      If you do not want the court to enter an Order Directing Trustee to Pay Funds to Santander, or if you want the court to consider your views on the above Motion, within 14 days, you or your attorney must:

1.     File with the court a written response or an answer, explaining your position, at[1]:

                    United States Bankruptcy Court
                    211 W. Fort Street, Suite 2100
                          Detroit, MI 48226

    If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

    You must also mail a copy to:

| | |
|---|---|
| CRAIG S. SCHOENHERR, SR. (P32245) | TAMMY L. TERRY |
| Attorney for Creditor | Trustee |
| O'REILLY RANCILIO P.C. | 535 Griswold, Suite 2100 |
| 12900 Hall Road, Suite 350 | Detroit, MI 48226 |
| Sterling Heights, MI 48313-1151 | |

2.     If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time, and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

                                O'REILLY RANCILIO P.C.

                                */s/ Craig S. Schoenherr, Sr.*
                                _____
                                CRAIG S. SCHOENHERR, SR. (P32245)
                                Attorney for Creditor
                                12900 Hall Road, Suite 350
                                Sterling Heights, MI 48313-1151
                                (586) 726-1000
                                ecf@orlaw.com

DATED: June 29, 2020

---

[1] Response or answer must comply with Fed. R. Civ. P. 8(b), (c) and (e)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

    CHRISTOPHER J. VIRES
    AND DENISE C. VIRES           CASE NO. 16-56962-TJT
                                          CHAPTER 13
                                          HONORABLE THOMAS J. TUCKER

                DEBTORS.
_____/
WILLIAM D. JOHNSON (P54823)
Attorney for Debtors
8900 E. 13 Mile Road
Warren, MI 48093
(248) 443-7033
--------------------------------
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 997-6481
(586) 726-1000
_____/

**BRIEF IN SUPPORT OF MOTION DIRECTING TRUSTEE TO PAY FUNDS TO SANTANDER CONSUMER USA INC.**

    The Creditor, in support of its Motion for Order Directing Trustee to Pay Funds to Santander Consumer USA Inc., relies on 11 U.S.C. § 105 and L.B.R. 9014-1 (E.D.M.).

                                    O'REILLY RANCILIO P.C.

                                    */s/ Craig S. Schoenherr, Sr.*
                                    _____
                                    CRAIG S. SCHOENHERR, SR. (P32245)
                                    Attorney for Creditor
                                    12900 Hall Road, Suite 350
                                    Sterling Heights, MI 48313-1151
                                    (586) 726-1000
                                    ecf@orlaw.com

DATED: June 29, 2020

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

    CHRISTOPHER J. VIRES
    AND DENISE C. VIRES          CASE NO. 16-56962-TJT
                                                      CHAPTER 13
                                                      HONORABLE THOMAS J. TUCKER

            DEBTORS.
_____/
WILLIAM D. JOHNSON (P54823)
Attorney for Debtors
8900 E. 13 Mile Road
Warren, MI 48093
(248) 443-7033
---------------------------------
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 997-6481
(586) 726-1000
_____/

**PROOF OF SERVICE**

      CRAIG S. SCHOENHERR, SR., being duly sworn, says that on the 29th day of June, 2020, a copy of the Motion for Order Directing Trustee to Pay Funds to Santander Consumer USA Inc., Brief in Support, Notice of Motion and this Proof of Service was served upon:

| | |
|---|---|
| Tammy L. Terry | William D. Johnson |
| Trustee | Attorney for Debtors |
| 535 Griswold, Suite 2100 | 8900 E. 13 Mile Road |
| Detroit, MI 48226 | Warren, MI 48093 |
| | (248) 443-7033 |
| | |
| Christopher J. Vires and | |
| Denise C. Vires | |
| Debtors | |
| 13461 Perry Circle | |
| Warren, MI 48088 | |

electronically pursuant to the court notice of service, and to those not electronically registered by placing documents in an envelope, correctly addressed and placing same in the United States Mail with postage prepaid.

                                      O'REILLY RANCILIO P.C.

                                      */s/ Craig S. Schoenherr, Sr.*
                                      _____
                                      CRAIG S. SCHOENHERR, SR. (P32245)
                                      Attorney for Creditor
                                      12900 Hall Road, Suite 350
                                      Sterling Heights, MI  48313-1151
                                      (586) 726-1000
                                      ecf@orlaw.com

DATED:  June 29, 2020