UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

    CHRISTOPHER J. VIRES
    AND DENISE C. VIRES           CASE NO. 16-56962-TJT
                                             CHAPTER 13
                                             HONORABLE THOMAS J. TUCKER

    DEBTORS.
_____/
WILLIAM D. JOHNSON (P54823)
Attorney for Debtors
8900 E. 13 Mile Road
Warren, MI 48093
(248) 443-7033
--------------------------------
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 997-6481
(586) 726-1000
_____/

**AMENDED PROOF OF SERVICE**

    CRAIG S. SCHOENHERR, SR., being duly sworn, says that on the 30th day of June, 2020, a copy of the Motion for Order Directing Trustee to Pay Funds to Santander Consumer USA Inc., Brief in Support, Notice of Motion and this Proof of Service was served upon:

| | |
|---|---|
| Tammy L. Terry | William D. Johnson |
| Trustee | Attorney for Debtors |
| 535 Griswold, Suite 2100 | 8900 E. 13 Mile Road |
| Detroit, MI 48226 | Warren, MI 48093 |
| | (248) 443-7033 |
| Christopher J. Vires and | |
| Denise C. Vires | |
| Debtors | |
| 13461 Perry Circle | |
| Warren, MI 48088 | |

electronically pursuant to the court notice of service, and to those not electronically registered by placing documents in an envelope, correctly addressed and placing same in the United States Mail with postage prepaid.

                                              O'REILLY RANCILIO P.C.

                                              */s/ Craig S. Schoenherr, Sr.*

                                              _____
                                              CRAIG S. SCHOENHERR, SR. (P32245)
                                              Attorney for Creditor
                                              12900 Hall Road, Suite 350
                                              Sterling Heights, MI  48313-1151
                                              (586) 726-1000
                                              ecf@orlaw.com

DATED:  June 30, 2020